UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. UNDERWRITERS INSURANCE COMPANY,<br><br>                               Plaintiff,<br><br>               -v.-<br><br>MT. HAWLEY INSURANCE COMPANY,<br><br>                               Defendant. | 19 Civ. 1972 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The pretrial conference scheduled for **May 7, 2020, at 11:00 a.m.** will hereby be held telephonically.  The dial-in information is as follows: At 11:00 a.m. on May 7, 2020, the parties shall call (888) 363-4749 and enter access code 5123533.  If the conference line requests a "security code" the parties shall press "*".  Please note, the conference will not be available prior to 11:00 a.m.

SO ORDERED.

Dated:  May 4, 2020
        New York, New York

                                              *Katherine Polk Failla*
                                              _____
                                                KATHERINE POLK FAILLA
                                                United States District Judge